# United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
NOV - 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ANTON HALL

**WARRANT FOR ARREST**

CASE NUMBER: 06- MJ-6056

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Anton Hall
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offenses)

possession of more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute

in violation of Title   21   United States Code, Section(s)   841(a)(1) and 841(b)(1)(A)

JOHN A. GORMAN                           UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                  Title of Issuing Officer

s/Judge John Gorman                      10-26-06  Peoria, Il.
Signature of Issuing Officer             Date and Location

Bail fixed at $  No Bond        by   s/Mag Judge John Gorman
                                     Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendants at _____

Peoria, IL

| DATE RECEIVED 11/01/06 | NAME AND TITLE OF ARRESTING OFFICER Jerry Nay FBI S/A | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 10/26/01 | | |