E-FILED
Thursday, 16 November, 2006 10:57:00 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10100 |
| ) | |
| LUELLA CRAYTON and ) | VIO: Title 21, United States Code |
| ANTON HALL, ) | Section 841(a)(1) and (b)(1)(A) |
| Defendants. ) | |

FILED
NOV 1 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

### COUNT 1
**(Possession with Intent to Distribute)**

The Grand Jury charges:

On or about October 25, 2006, in Peoria County, in the Central District of Illinois, the defendants,

**LUELLA CRAYTON and ANTON HALL,**

did knowingly possess 50 grams or more of a substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### COUNT 2
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

On or about October 25, 2006, in Peoria County, in the Central District of Illinois, the defendant,

**ANTON HALL**

did knowingly possess a firearm, a .45 caliber Ruger pistol, in furtherance of a drug

trafficking crime which may be prosecuted in a court of the United States, as alleged in Count 1.

In violation of Title 18, United States Code, Section 924(c).

A True Bill,

/s/ Foreperson
**Foreperson**

s/Rodger Heaton

**RODGER A. HEATON**
UNITED STATES ATTORNEY

BWM:ms