E-FILED
Tuesday, 21 November, 2006 10:20:29 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>) |
| | ) CASE NO. **06-10100** |
| **Luella Crayton**<br>**Anton Hall**<br>    Defendant | )<br>)<br>) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:30 AM** on **Tuesday, January 2, 2007.**

This matter is set for Jury Trial at 8:30 A.M. on **Tuesday, January 16, 2007**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 20th day of November, 2006.

　　　　　　　　　　　　　　　　　　　　S/ John A. Gorman

　　　　　　　　　　　　　　　　　　　　JOHN A. GORMAN
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Hall Schedo.wpd