UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**PLAINTIFF**<br><br>VS.<br><br>**ANTON HALL,**<br>**DEFENDANT** | **CASE NO. 06-10100** |

### ENTRY OF APPEARANCE

NOW COMES HUGH F TONER III, LTD, Attorney at Law, and hereby enters his appearance as Counsel for Defendant, ANTON HALL, in above-captioned cause.

Respectfully Submitted
ANTON HALL, Defendant


BY: _____
         HUGH F TONER III, LTD



HUGH F TONER III, LTD
ATTORNEY AT LAW
1216 SW ADAMS
PEORIA, ILLINOIS 61602
309-671-4844