**E-FILED**
Tuesday, 02 January, 2007  09:54:18 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.: 06-10100** |
| | ) | |
| **ANTON HALL** | ) | |
| **Defendant.** | ) | |

| |
|---|
| **MOTION TO SUPPRESS EVIDENCE** |

NOW COMES the Defendant, ANTON HALL, by and through his attorney, HUGH F. TONER III, and moves this Honorable Court to suppress the search without a warrant and suppress any evidence seized in violation of the Defendant's rights and in support thereof states:

1.      The Defendant is a citizen of the United States of America and the State of Illinois and as such is entitled to the Constitutional guarantees accorded to a citizen.

2.      On or about October 25, 2006, and at all times thereafter, the Respondent was protected from unlawful searches and seizures by the Fourth Amendment of the constitution of the United States, which Amendment provides:

"The right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall no be violated and no Warrants shall  issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

3.      That the Fourth Amendment of the United States Constitution was made applicable to and brings upon law enforcement officials of the several states including the State of Illinois on July 28, 1868, when the Secretary of State issued a proclamation that the Fourteenth Amendment provides in part:

"Section 1.  CITIZENS OF THE UNITED STATES.  All persons born naturalized in the United States, subject to the jurisdiction thereof, are citizens of the

United States and of the State wherein they reside.  No States shall make or enforce any law which shall abridge the privileges of immunities of the citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; no deny to any person within its jurisdiction the equal protection of the laws."

4.  On October 25, 2006, the Defendant Anton Hall, had a possessory interest in a residence located at 606 E. Forrest Hill, Peoria Illinois.

5.  On October 25, 2006, and on subsequent dates, certain agents of the State did violate the Defendant's constitutional and statutory rights and did fail to comply with the statutes as set forth supra, such specific violative acts being as follows:

(a)  Certain Agents did, on October 25, 2006, stop and detain the Defendant without just cause in the County of Peoria and the State of Illinois and gathered evidence from the Defendant.

(b)  Said Agents were not at the time and place aforesaid armed with an arrest warrant for either Defendant.

(c)  Said Agents did, without consent of either Defendant entered into the clothing and person of the Defendants and conducted a visual search of the Defendants, thereby resulting in the seizure of certain articles, items and things which the prosecution intends to offer into evidence.

(d)  The Defendants were then placed under arrest.

(f)  The police officers at that time had no facts which would justify the detention of the Defendants and a warrantless search of their persons.

6.  As a consequence of the illegal arrest and search, certain items were found, which the Defendant believes that the Government intends to offer in the case in chief against the Defendant.

7.  Based upon the foregoing, the Defendant submits that his rights were so violated that the Court should enter an order suppressing all evidence seized during the illegal search of the Defendant.

WHEREFORE, the Defendant, ANTON HALL, prays this Honorable Court enter an order suppressing the evidence seized during the illegal search.

Respectfully submitted,
ANTON HALL, Defendant,


By: s/ HUGH F. TONER III
HUGH F. TONER III, LTD
1216 SW ADAMS STREET
Peoria, Illinois  61602
Phone:  (309)671-4844
Fax:     (309)672-5819

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT ON January 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:  Assistant United States Attorney, Brad Murphy, 211 Fulton, Suite 400, Peoria, Illinois 61602

By: s/ HUGH F. TONER III, LTD
Attorney for Defendant
CJA
1216 SW Adams
Peoria, Illinois 61602
Phone:  309-671-4844
Fax:     309-672-5819
Email: tonerlawoffice@yahoo.com