E-FILED
Tuesday, 09 January, 2007  09:08:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>ANTON HALL,<br>　　　　Defendant. | Case No. 06-10100<br><br>Hearing Requested |

MOTION FOR REVOCATION OR MODIFICATION
OF DETENTION ORDER

　　　　Now comes the Defendant, ANTON HALL, by his attorney, and pursuant to Title 18 U.S.C. Section 3145(b), moves this Court for the entry of an Order revoking or modifying the detention order entered by United States Magistrate Judge John A. Gorman on October 30, 2006, and admitting the Defendant to bail, with conditions of pretrial release, and in support thereof, states as follows:

　　　　1.　　That the Defendant is charged in a two count indictment with the offense of possessing 50 grams or more of a substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute (Count 1); in violation of Title 21 U.S.C. Sections 841(a)(1) and (b)(1)(A), said offenses allegedly occurring in October, 2006: and possessing a firearm, a .45 caliber Ruger pistol, in furtherance of a drug trafficking crime (Count II); in violation of Title 18 U.S.C. Section 924(c) within the Central District of Illinois in Peoria, Illinois.

　　　　2.　　That the Defendant was released subject to home confinement.

　　　　3.　　That at the time of the Defendant's detention hearing his employment was in Peoria and it was suspended pending the outcome of these proceedings.

　　　　4.　　That the Defendant has an opportunity for employment as indicated in the

attached letter, herein after marked "Exhibit A."

     5.     That the Defendant has abided by all of the terms of his pretrial release.

     6.     That the Defendant believes it would be in everyone's best interest if the Defendant was able to be employed.

WHEREFORE, Defendant respectfully requests that this Court modify the Order of Detention Pending Trial entered by the Magistrate Judge on October 26, 2006, and to enter an order permitted the Defendant to work, and for such other relief as this Court deems reasonable and just.

ANTON HALL, Defendant


By: s/ HUGH F. TONER III, LTD


HUGH F. TONER III
1216 SW ADAMS STREET
Peoria, Illinois  61602
Phone:  (309)671-4844
Fax:     (309)672-5819


CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:  Assistant United States Attorney, Brad Murphy, 211 Fulton, Suite 400, Peoria, Illinois 61602

By: s/ HUGH F. TONER III, LTD
Attorney for Defendant
CJA
1216 SW Adams
Peoria, Illinois 61602
Phone: 309-671-4844
Fax:    309-672-5819
Email: tonerlawoffice@yahoo.com

# Exhibit A



12/29/2006

To Whom It May Concern:

    Mr. Anton Hall is being considered for possible employment at RidgeView Rehab & Nursing Center located at 6450 North Ridge in Chicago, Il 60626. The position in which we are looking to fill is Social Service Case Manager and the hours are 11:00am – 7:30pm, Sunday – Thursday. Mr. Hall does meet the necessary requirements to fill the position. Our decision depends on the decision of the Court. If you have any questions please contact me.

Social Services,

Jeffery Winters
Social Service Director