UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 06-10100 |
| ANTON HALL, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR DISCOVERY**

NOW COMES the Defendant, Anton Hall, by and through his attorney Hugh F Toner III, and pursuant to Federal Rules of Criminal Procedure 16(a)1(E)i, does move the Government to release the following information, including reports and statements;

1. Any and all materials, which would tend to show the source of the drugs which are the subject of this case.
2. Any and all information which the Government has in their possession that would tend to negate the fact that these drugs were found, including reports and statements as well as names of witnesses.

Respectfully Submitted
ANTON HALL, Defendant


By: s/ HUGH F. TONER III
HUGH F. TONER III, LTD
1216 SW ADAMS STREET
Peoria, Illinois  61602
Phone:  (309)671-4844
Fax:     (309)672-5819