## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

<u>s/</u> Hugh F Toner III
    HUGH F TONER III, LTD
Attorney for Defendant
1216 SW Adams
Peoria, IL 61602
Phone: (309) 671-4844
Fax:: (309) 672-5819
E-mail: tonerlawoffice@