UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ANTON HALL,
    Defendant.

Case No. 06-10100

## MOTION FOR MODIFICATION OF DETENTION ORDER

Now comes the Defendant, ANTON HALL, by his attorney, and pursuant to Title 18 U.S.C. Section 3145(b), moves this Court for the entry of an Order modifying the detention order entered by United States Magistrate Judge John A. Gorman on October 30, 2006, and in support thereof, states as follows:

1. That the Defendant was released subject to home confinement.
2. That the Defendant has abided by all of the terms of his pretrial release.
3. That the Defendant's children will be on spring break from March 30, 2007 until April 9, 2007.
4. That the terms of the Defendant's pretrial release be modified to allow him to spend spring break with his children.
5. That the Defendant will remain within the Northern and/or Central District of the U.S. District Court.
6. That this Motion was originally made in open court on March 20, 2007 and the minute order was never entered.
7. That the U.S. Attorney has no objection to this motion.

WHEREFORE, Defendant respectfully requests that this Court modify the Order of Detention Pending Trial entered by the Magistrate Judge on October 30, 2006, and to enter an order permitting the Defendant to spend spring break with his children and for such other relief as this Court deems reasonable and just.

ANTON HALL, Defendant

s/ Hugh F Toner III
Attorney for Defendant
1216 SW Adams
Peoria, IL 61602
Phone: (309) 671-4844
Fax:: (309) 672-5819
E-mail: tonerlawoffice@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON April 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Brad Murphy, 211 Fulton, Suite 400, Peoria, Illinois 61602

By: s/ HUGH F. TONER III
Attorney for Defendant
1216 SW Adams
Peoria, Illinois 61602
Phone: 309-671-4844
Fax:    309-672-5819
Email: tonerlawoffice@yahoo.com