UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                )  | |
|     Plaintiff,                )  | |
|                )  | |
| vs.                )  | No. 06-10100 |
|                )  | |
| ANTON HALL,                )  | |
|     Defendant.                )  | |

**NOTICE OF POTENTIAL WITNESSES**

NOW COMES, the Defendant, ANTON HALL, by and through his attorney HUGH F TONER III, LTD. and pursuant to local rule does notify the government that the following may be called to testify briefly concerning the Defendant.

1. Lillie Dix
2. Larry Barry
3. Dr. LeRoy Elliott
4. Yvonne Booth

        RESPECTFULLY SUBMITTED
        ANTON HALL,  Defendant

        BY:   s/ Hugh F Toner, III
        HUGH F TONER III, LTD
        Attorney for Defendant
        1216 SW Adams
        Peoria, Illinois 61602
        Phone: 309/671-4844
        Fax: (309) 672-5819
        E-mail: tonerlawoffice@yahoo.com

CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy, U.S. Attorney's Office, One Technology Plaza, Suite 400, Peoria, IL 61602.

    BY:   s/ Hugh F Toner, III
HUGH F TONER III, LTD
Attorney for Defendant
1216 SW Adams
Peoria, IL 61602
Phone: (309) 671-4844
Fax:: (309) 672-5819
E-mail: tonerlawoffice@yahoo.com