New Greater St. John C.M.B. Church
3101 W. Warren Blvd.
Chicago, IL 60612

June 20, 2007

To: The Honorable Michael M. Mihm
U.S. District Judge

I am writing to you concerning Anton Hall, he joined the New Greater St. John church family under the leadership of Pastor LeRoy Elliott Sr. I met Anton over 20 years ago at church, Anton and I are best friends. I would see him at least 4 days out of the week, and now I see him 2 days and that is on Wednesday's and Sunday's at church.

Anton attends our 11:00 am service every Sunday morning. Recently Anton has been joining us on Wednesday night for Bible class and prayer meeting, and hopefully soon Sunday school, and the men's ministry in the near future. I see Anton on Wednesday's for bible class and on Sunday's for church.

I understand that the charges against Anton are possession with the intent to deliver crack cocaine. Anton has discussed these charges over with me and yes he has expressed the consequences he made that follow. Anton realizes that the decisions he make with most people he socialize with are not always his best decisions, he also understand that the sentencing range is generally from 10 years to life in prison. We also understand the judge may give a sentence less than ten years. Anton has shown remorse on this case and knows that he will have to make better decisions.

I believe that Anton should be punished, but due to this being his first felony charge, I also believe that probation should be sufficient and a second chance would help to prevent Anton from being a product of the system. I also believe this is out of character for him. Anton has always focused on education and sports which he also loves.

Anton is not your average young man. He never found interest to hang on the street looking for trouble; he was always the piece maker and a bright young man with potential. In addition to sports, and he also has a love for Gospel music. As children growing up Anton and I were faithful members of the junior and inspirational choir singing God's praises all day long, and to this day we are still singing God's praises together.

I believe even though Anton made the wrong decision in his life he still have the potential of making more good choices and being successful. Anton has a special bible verse that is Philippians 4:13 that state I can do all things through Christ that strengthens me. If he can keep this scripture in his heart, it is more than enough to motivate him and keep him on the right track with God.

Anton is also a part of our Young Men's Ministry where he has positive men both young and old that he influences. Anton has taken it upon himself to go out to witness and teach to those that don't know about the goodness of Jesus. Anton knows that God has given him another chance to get back in line with him. We as a church don't know the outcome of this case; but we do believe prayer changes things.

God is a God of a second chance.

Sincerely,

*[signature]*

Sonia L. Jackson
(773) 617-2732

February 1, 2007

To Whom It May Concern:

In regards to the character of Anton Hall, I can attest that he is truly a well mannered and respectable young man. I have known Anton Hall for approximately four years while working at the Southside Library. During this time, I have been able to witness his leadership qualities, along with his positive attitude towards myself and others. I truly believe that Anton demonstrates the qualities of a role model in the community and has the ability to reach out and help the youth in this neighborhood.

Sincerely,

*Jo Ann Coats*

Joann Coats
Peoria Southside Library

### COACH SERGIO MCCLAIN



December 22, 2007

To Whom It May Concern:

As the head coach of the Peoria Kings ABA basketball team I have had the pleasure of meeting and interacting with many new people. During this time, I had the opportunity to meet Mr. Anton Hall, who was one of the many young men that showed interest in trying out for the ABA team.

There were many intense tryouts and individual workouts that were scheduled daily at Bradley University from 11-2p.m and from there to Manual High School from 2:30-5p.m. It was at this time that I had the opportunity to evaluate each player and their individual abilities during this daily rigor of playing and conditioning.

As I evaluated Anton Hall, I was able to see that he was well mannered, soft spoken and always had a positive attitude toward staff and other players. This attitude wasn't just positive on the court, but off the court as well. I also was able to recognize his determination to make the ABA team. He was in attendance and on time to every workout session and he was always prepared and ready to go. His love for the game along with his drive to be apart of the ABA program impressed me along with his ambition to successful on and off the court.

Anton also had the ability to assist high school players while attending workouts at Manual High School. He provided the young men with advice and showed them positive skills while working out. As the head coach of the Peoria Kings, I am grateful that I met Mr. Anton Hall and truly believe that he would have been a great asset to the team as well as to the community. It is very unfortunate that at this time by Anton being placed under house arrest it has stopped him from having the opportunity to be a player on the professional ABA team.

Sincerely,

Coach Sergio McClain
Peoria Kings

January 24, 2007

To Whom It May Concern:

I have known Anton Hall about one year now. I first met him in Haussler Hall, (Bradley University), while he was practicing for tryouts to play with the Kings Basketball Team. I was truly impressed with Anton's mannerism. He was soft spoken, well groomed, always pleasant, cooperative, (followed Haussler's rules), and would practice intensely every day for 3 or 4 hours with anticipation of making the King's team. Also, Anton would stop by my office, located in Haussler Hall, often to say hello or just to talk. Anton and I bonded enough that he was able to share his feelings of his Mother's death and the excitement of possibly playing for the Kings with me. I sincerely hope that this letter can be of some help for Anton because I believe that he is a fine young man with a lot of potential.

Sincerely,

*Charlene Harris*

Charlene Harris
309/677-2677  work
309/682-9010  home



## JUDAH INTERNATIONAL MINISTRIES

*"The scepter shall not depart from Judah, nor a lawgiver from between his feet, until Shiloh come; and unto him shall the gathering of the people be." Gen 49:10*

January 25, 2007

To: Presiding Judge
Federal Court System
Peoria, IL

From: Minister Yvonne Booth
912 S. Folkers Ave
Peoria, IL 61605

Honorable Judge,

It is with much amazement that I find myself writing a character letter for Mr. Anton Hall. I have had the pleasure of knowing this young man for sometime now. In a society where drugs, gangs, and crime are running rapid, Anton is definitely not a product of his environment. Not many young men have been able to rise above family and neighborhood influences. Anton on the other hand (if you would please check the record) has maintained a life style that very clearly says "I will be different" a man of integrity and high self moral values.

To know that a case is pending against Anton is definitely a misrepresentation of Justice. His future of being able to mentor young men in the community and being able to pursue his professional basketball career is definitely at stake. To incarcerate Anton is not only going to damage his future but also the many young men that are connected to his destiny.

Please prayerfully consider your decision and we will continue to pray for total exoneration.

Yours in Christ,

*Minister Yvonne Booth*

Minister Yvonne Booth

Bishop Mark A. Du Bois, Senior Pastor



# New Member Certificate

## INSTRUCTION

This certifies that _Mr. Anton Hall_ having manifested credible evidence that _he_ has been converted and has entered into covenant with _New Greater St. John_ and having completed the course of instruction for new members is hereby awarded this certificate commending to _continue_ the further joys of the Christian life and church membership.

_____ Pastor
_____ Teacher
Date _4/22/07_