kameco johnson, 05:53 AM 7/26/07 -0700, Fwd: VA Tech Test results for Anton Hall        Page 2 of 3

Date: Wed, 25 Jul 2007 14:00:07 -0500
To: mzfansee275@yahoo.com
From: Store 510 <510@twopair.com>
Subject: Fwd: VA Tech Test results for Anton Hall
Mime-Version: 1.0
Content-Type: multipart/alternative;
    boundary="================_1058127884==_.ALT"
X-MDRemoteIP: 192.168.101.5
X-Return-Path: 510@twopair.com
X-MDaemon-Deliver-To: mzfansee275@yahoo.com
X-Spam-Processed: mailserv, Wed, 25 Jul 2007 15:06:58 -0400
Content-Length: 1223


X-Spam-Checker-Version: SpamAssassin 3.1.0 (2005-09-13) on
    mailserv.twopair.com
X-Spam-Level:
X-Spam-Status: No, score=-97.9 required=10.0 tests=BAYES_50,HTML_40_50,
    HTML_MESSAGE,USER_IN_WHITELIST autolearn=disabled version=3.1.0
X-Mailer: Novell GroupWise Internet Agent 7.0.2 HP
Date: Wed, 25 Jul 2007 14:27:42 -0400
From: "Susan Edick" <Susan.Edick@nationalvision.com>
To: <5510@twopair.com>
Cc: "Jennifer Husson" <Jennifer.Husson@nationalvision.com>,
    "Tim Merrigan" <Tim.Merrigan@nationalvision.com>
Subject: VA Tech Test results for Anton Hall
X-MDRcpt-To: 5510@twopair.com
X-Rcpt-To: 5510@twopair.com
X-MDRemoteIP: 172.16.1.32
X-Return-Path: Susan.Edick@nationalvision.com
X-MDaemon-Deliver-To: 510@twopair.com
X-Spam-Processed: mailserv, Wed, 25 Jul 2007 14:28:04 -0400

Attn: Kameco Johnson, General Manager

Hi Kameco,

I received Anton Hall's VA Tech Certification Test today, and you will be happy to know that Anton passed with a score of 96 (2 questions missed). Please congratulate Anton on his success and let him know that he will receive a Certificate of Achievement via interoffice mail very shortly. (Your DM and HR have been copied on this so that a PPA for Anton's increase can be processed.)

Thank you!


Sue Edick
Training Department
National Vision, Inc.
770-822-3600 Ext: 2019


Printed for Store 510 <510@twopair.com>                                        7/26/07

07/27/2007 FRI 10:28  FAX                                                                         ☒001/001

July 26, 2007

To: The Honorable Michael M. Mihm
US District Judge

    I am writing to you concerning Anton Hall. I met Anton 9 years ago at a family reunion hosted by his family. Anton and I became really good friends from that day forward. I use to see Anton all the time when he was in Peoria for basketball and visiting his family in town, now the only time I get to see Anton is when I go to Chicago which is about once a month to visit.

    I do in fact know the charges that have been brought forth against Anton (possession with intent to deliver crack cocaine). Anton has communicated to me the severity of his charge and the consequences behind this charge. Anton has stated to me many of times the decisions he made socializing with the wrong people wasn't his best decision and he understands the sentencing terms behind such said charge. Anton has expressed to me through many of our phone conversations his remorse and how he wished he could go back in time and make better decisions for himself.

    I believe that Anton should be punished but to the facts that Anton has never been in trouble for such said charge before and has served 9 months on house arrest, I believe Anton truly deserves a second chance and I believe probation is punishment enough. Anton is a very intelligent, bright, motivated and caring young man, his love for sports and his education only says a little about this man.

    Anton is not like the average guy, his heart is bigger then life, he is so caring and always willing to lend a hand or show support. Anton helped me and I am so grateful that he was there for me to call on that night. I was really going through a hard time and I had no one to talk to, I didn't want to bother him with my problems because I knew he was going through enough of his own. I was contemplating ending my life that night, I called Anton at 1:00am and he counseled me with no problem, not once did he ever complain about the time and he had no problem with helping someone else out in spite of his situation. I can't thank him enough for the helping hand he extended to me in my time of need, if it wasn't for Anton I might not be here right now if I wasn't able to call him at that moment in time.

    Even though Anton made the wrong decision one time in life that shouldn't mean he has to be condemned. If we were condemned ever time we fell short of Gods mercy the world wouldn't be standing as it is now. Anton has great potential and his caring, kind heart will make him very successful man in life, if you allow him a second chance to show himself. Anton Hall doesn't belong in the penitentiary, he saved my life.

God is a forgiving God, please forgive Anton and let him have a chance at life one more time to make things right.

Sincerely,

*[signature]*

LaTanza Criss
(309) 643-8933