E-FILED
Wednesday, 01 August, 2007 11:22:20 AM
Clerk, U.S. District Court, ILCD

New Greater St. John C.M.B. Church
3101 W. Warren Blvd.
Chicago, IL 60612
773-533-2290

June 20, 2007

To: The Honorable Michael M. Mihm
    U.S. District Judge

    I am writing to you concerning Anton Hall. He joined the fellowship of New Greater St. John at the age of 13, under the leadership of myself Pastor LeRoy Elliott Sr. This has also been credited to his mother and grandmother who always instilled in him to keep God first in everything.

    Anton attends our 11:00 am service, every Sunday morning. Recently, he has been joining us on Wednesday's for Bible class and hopefully for Sunday school in the near future.

    I do understand that the charges against Anton are possession with the intent to deliver crack cocaine. He has discussed these charges with me and yes he has expressed remorse. Anton realizes that the decisions we make and people we socialize with are not always how they appear to be, we do understand that the sentencing range is generally from 10 years to life in prison. We also understand that the judge may give a sentence less than ten years.

    I do believe that Anton should be punished, but due to this being his first felony charge, I believe that probation and community service should be sufficient and a second chance would help to prevent Anton from becoming a product of the system. I do believe that this is out of character for him; Anton has always focused on education and sports.

    Anton was never your average young man. He never found interest to hang in the street looking for trouble or standing around waiting for trouble to find him. In addition to sports, he also has a love for Gospel music. When Anton was a teenager he was faithful member of the junior and inspirational choir singing God's praises.

    I believe that we need to take these young men of today and show them that even though you've made a wrong decision in life you still have the potential of being successful, and with the knowledge of God's word Anton has adopted one particular verse to be his favorite that is Philippians 4:13 that states that I can do all things through Christ that strengthens me. As long as he keeps this scripture in his heart, it is more than enough to motivate him and keep him on the right track.

    Anton is a part of our Men's Ministry where he has positive multiple male influences. Anton has also taken it upon himself to witness and teach about the goodness of God. He is very grateful that God is faithful and has given him another chance to make a U-turn and get back in line with God. We don't know the outcome of this case, however we as a church believe in the scripture which states if there be one overtaking in fault, who are spiritual resource such a one, found in Galatians 6:1

    God sees all and he knows all and since he is a God of another chance, we seek the same as you, just another chance.

Sincerely,

LeRoy Elliott Sr.
(773) 533-2290

The Honorable Michael M. Mihm
US District Judge
Federal District Courthouse
100 E. Monroe
Peoria, Illinois 61602

Dear Judge Mihm, I am writing to you concerning Anton Hall. I Kameco Johnson, have being knowing Anton Hall for seventeen years. Anton and I meet in high school in our freshmen year. Anton and I began dating in our sophomore year; we now have two children. Anton and I spend a lot of family time together with our children. I do understand the charges that are being brought against him. Anton and I talk a lot about what has being gone on in our lives in the past eight months. Anton expresses a great deal of remorse for what he did, he understands that what he did not only affected him but our children as well.

I understand that he needs to be punished for what he did but ten years is a lot of time to take from someone who has so much potential. Anton took the time to finish high school and to go further to graduate from college. Through it all Anton still remained a great father to his children. I think probation for whatever amount of time you see fit for him would be sufficient.

Anton has three children, who loves him dearly and needs him. I being the mother of two of his children need him as well to help me raise them. He can't do that if you take him away from us. I have known Anton long enough to say that this was very much out of his character and that this was definitely a bad situation he put himself in. I really feel and believe that Anton should be given a second chance to prove to society that he could be a real asset. Therefore I ask that you be compassionate while reviewing his case.

Respectfully Yours

*Kameco Johnson*
Kameco Johnson



# MW Bro. Charles E. Mabry
## Most Worshipful Grand Master
### THE REGULAR GRAND LODGE OF ILLINOIS
Ancient And Honorable Fraternity Of
FREE AND ACCEPTED MASONS
Affiliated with
The Masonic High Council of U.S.A.

The Honorable Michael M Mihm
US District Judge
Federal District Courthouse
100 E. Monroe
Peoria Illinois 61602

Re: Anton Hall Sentencing Hearing

Dear Judge Mihm,

The Regular Grand Lodge of Illinois is a worldwide Masonic affiliated organization. We are deeply rooted in that Chicago land area and we are rapidly expanding throughout Illinois. We are a Charitable and Benevolence organization that believe in the betterment of our society lies in the hands of those coming behind us; having said that it give me great pleasure to say that Mr. Anton Hall has been affiliated with The Regular Grand Lodge of Illinois for more than 4 years. He has and do participate in the majority of our charity efforts, our mentor programs and community activities. Mr. Hall's dedication, participation and interaction with our programs have truly been a blessing to the young men and boys in our mist. The young people that Mr. Hall has positively affected are un-measurable in numbers or instances. Having Mr. Hall involved with my / our programs has proven to be a win win endeavor; for I have personally had the opportunity to witness Mr. Hall benefit and grow from mingling within The Regular Grand Lodge of Illinois and then to pass on to those he encounter.

As The Most Worshipful Grand Master of The Regular Grand Lodge of Illinois I am fully aware of the circumstances surrounding Mr. Hall and that he will soon be facing a bench trail. In my numerous conversations with Mr. Hall he has expressed great remorse about the situation and the affects on those around him. I must say that the charges against him, possession of cocaine with the intent to sell, is absolutely out of character for him. I also know and understand that if he is found guilty of these charges the appropriate punishment must be levied. But I ask that you take into consideration that his ability to learn, grow and become a better man has been proven and that Mr. Hall be allowed to continue his positive development within our organization and with his family.

I look forward to a continued relationship with Mr. Hall and more especially the day that I will call him my fraternal brother.

Humbly Submitted



MW Bro. Charles E. Mabry
Most Worshipful Grand Master

Enclosure: The Regular Grand Lodge of Illinois report to the
The Masonic High Council of the World

---

THE REGULAR GRAND LODGE IS REGISTERED AS NOT– FOR PROFIT CORPARATION
BY THE STATE OF ILLINOIS UNDER ARTICLE 509a
P.O. Box 6729 Chicago IL 60680-6729  regulargrandlodgeofillinois@yahoo.com  Phone:1-773-250-7220



# REGULAR GRAND LODGE OF ILLINOIS
ANCIENT AND HONORABLE FRATERNITY OF
FREE AND ACCEPTED MASONS
Affiliated with
The Masonic High Council of U.S.A.

Page 2

- **The annual Holiday Toy Donation – December 2006**
    - Distribution: Women Treatment ctr., Maryville Academy, Essex Shelter, Interfaith Council.

- **The annual St. John Day Celebration – December 27, 2006**
    - Constituted Lodge sponsored event
    - Celebrations independently held by each lodge to celebrate ST John the Evangelist.

- **The annual Spring Hygienic Toiletry Drive – March 2007**
    - Distribution: Potter House, Women Treatment ctr., Essex Shelter, Maryville Academy, Interfaith Council, Grand Prairie Services, Restoration Ministries.

The Regular Grand Lodge of Illinois added 3 constituted Lodges to its roll of lodges and is currently investigating 3 more Lodges. We are cultivating the states of Iowa, Ohio, Minnesota and Alabama.

The Regular Grand Royal Arch Chapter of Illinois has developed to the point that it is in the process of establishing 4 constituted Royal Arch Chapters that will carry on the investigation of the Nine Arches. The Royal Arch website is being established and will be on line by end of year 2007.

With the privilege of hosting an international MHC meeting in 2007, The Regular Grand Lodge of Illinois look forward to meeting, greeting and fellowshipping with its Brethren of the various countries.

Humbly Submitted

MW Bro. Charles E. Mabry
Most Worshipful Grand Master

THE REGULAR GRAND LODGE IS REGISTERED AS NOT– FOR PROFIT CORPARATION
BY THE STATE OF ILLINOIS UNDER ARTICLE 509a
P.O. Box 6729 Chicago Il. 60680-6729  regulargrandlodgeofillinois@yahoo.com  Phone:1-773-250-7220

# REGULAR GRAND LODGE OF ILLINOIS
ANCIENT AND HONORABLE FRATERNITY OF
FREE AND ACCEPTED MASONS
Affiliated with
The Masonic High Council of U.S.A.

Greetings,

The Regular Grand Lodge of Illinois begs to make its report.

It is with great pleasure that I inform you that for the fiscal year of 2006 – 2007 The Regular Grand Lodge of Illinois met the requirements of its state and federal government and has once again received it's Certificate of Good Standing as a Not-For-Profit Charity / Benevelence Corporation. During the fiscal year of 2006-2007 The Regular Grand Lodge of Illinois sponsored the following events:

- The annual Mother Day Lucheon – May 2006
    - Sponsored by Lodge No 3

- The annual Father Day Fishing outing – June 2006
    - Sponsored by Lodge No 1

- The annual St. John Day Celebration – June 2006
    - Grand Lodge sponsored event
    - Crystal Sky Banquet Hall / Mc Cook IL

- The Grand Master's Annual Camping Trip ~ Mallard Bend – July 2006
    - An annual boys, teenagers and young men mentor and fellowship camping trip. Sponsored and financed by the Grand Lodge Members

- The annual Grand Lodge Picnic – August 2006
    - Open to the communities, our Charities, our Business associations, family and friends

- The annual Back to School Donation – August 2006
    - Distribution: Maryville Academy, Essex Shelter, Interfaith Council, Women Treatment ctr., & Various Neighborhood Children

- The annual Candle Light Bowl – October 2006
    - All proceeds go to Charity

- The annual Thanksgiving Baskets Give-away – November 2006
    - Distribution: Potter House, Maryville Academy, Essex Shelter, Interfaith Council, So. Sub Council, Women treatment ctr.

THE REGULAR GRAND LODGE IS REGISTERED AS NOT- FOR PROFIT CORPARATION
BY THE STATE OF ILLINOIS UNDER ARTICLE 509a
P.O. Box 6729 Chicago IL 60680-6729 regulargrandlodgeofillinois@yahoo.com Phone:1-773-250-7220



Bro. Derrick Jefferson Sr.
Right Worshipful Senior Grand Warden
**THE REGULAR GRAND LIODGE OF ILLINOIS**
Ancient and Honourable Fraternity Of
FREE AND ACCEPTED MASONS
Affiliated with The Masonic High Council of U.S.A.

July 29, 2007

To whom it may concern:

On behalf of the Regular Grand Lodge of Illinois charity committee I Derrick Jefferson Sr. chairman of said committee is writing this letter on behalf of Mr. Anton Hall.

After Mr. Anton Hall was arrested and given house arrest for the crime he was charged for, he had a lot of time to reflect on the salutation of his own action. When I talked with him I notice the remorse he had in his words. I then offered him a way to pass time while he waited on his trial. I asked him to help me with the charity committee from home. I needed him to help me and the committee with simple tasks like placing calls in search for products we distribute to our charities. Last Thanksgiving he helped unloading food that was purchased and repacking them for distributing to our various charities. He helped with sorting clothes and personal hygienic products for our spring charity. Our back to school picnic he helped bringing in school supplies and stuffed the school bags that was also distributed at the picnic. Our Grand Lodge try to do as much we can with the funds that is donated by our members and it's fund raiser. Still with what we want to do we still come up short. Mr. Anton Hall never asked for any compensation for the work he does for us. He have said to me the he does is a donation to the Grand Lodge. I don't know if he knows how far his donation to this Grand Lodge go beyond us, it stretches to Maryville Academy 810 W. Montrose ave Chicago IL., to the Women Treatment Center 1040 W. Madison Chicago Il., to South Suburban Council on alcohol and substance abuse in East Hazel Crest Il., Interfaith council for the homeless 642 N. Kedzie Chicago Il., Lawrence Youth homes 8117 S Essex Chicago Il. and Restoration Ministries In Harvey Il.

I think Mr. Anton Hall came to a cross road in his life and made a turn in the right direction. I see Mr. Anton Hall with positive influences around him. I see him seeking a more productive and spiritual life, and as long as he keep traveling on this path I see him becoming a productive member of society. And when there is an conclusion to this situation and he is ready and able to travel with this Grand Lodge I will be there to offer him an application for membership into our lodge. He might have done a bad thing or was in a bad situation, I don't know that's for the court to decide. I hope there can be some lenience for his case. But I do know this is a good man that by what ever circumstances found his way into the life of the Regular Grand Lodge of Illinois. We are here to help good men become better. With the changes I've seen him make he needs us as much as we want him. We will be there for him.



Chairman of Charity:
R.W. Bro. Derrick Jefferson Sr.

The Honorable Michael M Mihm
US District Judge
Federal District Courthouse
100 E. Monroe
Peoria Illinois 61602

Re: Anton Hall Sentencing Hearing

Dear Judge Mihm,

I am writing you concerning Anton Hall. I have known Anton all of his life, he is my nephew, my late sister's youngest child. Anton is presently residing with me in my home at 10041 South Perry Ave. in Chicago.

I do see and communicate with Anton on a daily basis. I feel that we get along very well, sharing a household and responsibilities. We both go to work every day through the week. He pays his own way sharing with the bills and household chores. We both attend the same church together on Sunday, he more often than I. He also attends Sunday School and Bible Study on Wednesday evenings.

I do understand the charges that have been brought against Anton (possession with intent to deliver cocaine) We have had several conversations regarding the matter at hand. I believe that he feels very remorseful about the situation. He is not a child and he knows right from wrong. However I feel that every one of us has done something or another in our lives that we regret. We all have made mistakes. Yes I believe that he does expresses remorse, a great deal. I can not say that I know what drove him to do what he did, however I do know that it was totally out of character for him. Even while growing up I never thought of Anton as being a troublesome child. Going to school was not an issue with him. He was respectful most of the time, however, being a boy as all boys misbehave at some point and time
For the last year leading up to the point where he was arrested Anton was dealing with the illness and death of his Mother whom he loved dearly. I know that he traveled to and from Chicago and Peoria often to spend time with his mother and his children. I also know that he was residing part time in Peoria where he plaid on a basketball team.
For as long as I can remember playing Basketball has been a big part of his life. Striving to play for a professional team some day, but as we all know only so many great players can become professionals. Anton always stayed in school, when so many of his friend acquaintances and relatives were dropping out or not trying to do well. I was very proud of him when graduated from the University of Kansas City.
By me being one of the people who helped to raise Anton, I know what kind of person he is. He has a kind heart, good spirit, and delightful personality. I have seen Anton take time with other young boys trying to teach and coach them in basketball. I also know that he has been involved with a Masonic Organization, which has a mentoring program for young people.
I know that being a person who loves Anton my statements may sound prejudice however they are true. My goal is to help save a life that I feel is worth saving. I don't believe that

Anton Hall is a person who should be imprisoned. I believe that he could better serve society if he were freed. I see him to be a bright young man with much potential. Besides from the fact that his children needs him. He is a good father to them.

It has been explained to me that the possible sentencing ranges from ten years to life in prison although in an appropriate case, the judge may give a sentence less than ten years. I also understand that we all must be held accountable for our actions. But I believe that this type of punishment would be extremely harsh.

Anton has been placed on house arrest in my home and I know that he has obeyed all rules set forth by the board. If he could remain on house arrest and /or be placed on probation for a reasonable amount of time I believe that to be punishment enough.

I ask that you please be lenient when making your decision regarding his life the lives of his children and their future.

Respectfully Yours

Ms Lillie Dix