E-FILED
Monday, 27 August, 2007  03:13:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>ANTON HALL,<br>       Defendant. | Case No. 06-10100 |

### MOTION FOR MODIFICATION OF DETENTION ORDER

Now comes the Defendant, ANTON HALL, by his attorney, and pursuant to Title 18 U.S.C. Section 3145(b), moves this Court for the entry of an Order modifying the detention order entered by United States Magistrate Judge John A. Gorman on October 30, 2006, and in support thereof, states as follows:

1. That the Defendant was released subject to home confinement.
2. That the Defendant has abided by all of the terms of his pretrial release.
3. That the Defendant's cousin, Kily Malden, will be getting married on September 1, 2007. The Wedding will take place at the Paramount, 23 E Galena, Aurora, IL., from approximately 6:00 p.m. until 11:30 p.m.
4. That the terms of the Defendant's pretrial release be modified to allow him to attend the wedding.
5. That the Defendant will remain within the Northern District of the U.S. District Court.

WHEREFORE, Defendant respectfully requests that this Court modify the Order of Detention Pending Trial entered by the Magistrate Judge on October 30, 2006, and to enter an order permitting the Defendant to his cousin's wedding and for such other relief as this Court deems reasonable and just.

                                        ANTON HALL, Defendant

                                        s/ Hugh F Toner III
                                        Attorney for Defendant
                                        1216 SW Adams
                                        Peoria, IL 61602
                                        Phone: (309) 671-4844
                                        Fax:: (309) 672-5819
                                        E-mail: tonerlawoffice@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Brad Murphy, 211 Fulton, Suite 400, Peoria, Illinois 61602

                By: s/ HUGH F. TONER III
                Attorney for Defendant
                1216 SW Adams
                Peoria, Illinois 61602
                Phone: 309-671-4844
                Fax:    309-672-5819
                Email: tonerlawoffice@yahoo.com