UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>ANTON HALL,<br>        Defendant. | Case No. 06-10100 |

## MOTION TO RECONSIDER SENTENCE

Now comes the Defendant, ANTON HALL, by his attorney, HUGH F TONER III, LTD., and moves that this Court reconsider and reduce the sentence imposed pursuant to the Sentencing Order on July 31, 2007, in support whereof it is alleged:

1.    That at the time the sentence was imposed, Counsel for the Defendant argued for a sentence below the advisory guidelines suggesting that among other things, there were anticipated changes to the guidelines going into effect in November, 2007.

2.    That the Court noted the argument, but indicated that the amendments had not yet gone into effect, and it this point it was only speculative that they would do so.

3.    That these amendments have now gone into effect.

4.    That the basis for asking the court to reconsider those factors still exist.

WHEREFORE, Defendant respectfully requests the Court to apply these factors previously suggested and reduce his sentence and for such other relief as this Court deems reasonable and just.

                                ANTON HALL, Defendant

                                s/ Hugh F Toner III
                                Attorney for Defendant
                                1216 SW Adams
                                Peoria, IL 61602
                                Phone: (309) 671-4844
                                Fax:: (309) 672-5819
                                E-mail: tonerlawoffice@yahoo.com

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY THAT ON November 8, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Brad Murphy, 211 Fulton, Suite 400, Peoria, Illinois 61602

          By: s/ HUGH F. TONER III
          Attorney for Defendant
          1216 SW Adams
          Peoria, Illinois 61602
          Phone: 309-671-4844
          Fax:    309-672-5819
          Email: tonerlawoffice@yahoo.com