UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.   06-10100 |
| ANTON HALL, | ) |
| Defendant. | ) |

### MOTION TO RETURN PROPERTY

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and moves this Court to enter an Order to return the above-named defendant's passport #028449186 to the Department of State.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

s/: Bradley W. Murphy
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:    Hugh Toner, III, Attorney for the Defendant

    s/: Kim Ritthaler
Kim Ritthaler
Legal Assistant

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>vs. )<br>ANTON HALL, )<br>       Defendant. ) | Case No.    06-10100 |

## ORDER

On January 31, 2007, Defendant was sentenced to 126 months imprisonment to be followed by five years supervised release. The Clerk's Office received Defendant's passport on November 9, 2006, and it remains in the Court's possession.

A passport remains the property of the United States and must be returned to the Government upon demand. 22 C.F.R. §51.9. The Court considers that the Department of State makes an informal demand for a return of a passport upon conviction. This leaves the Court's discretion to return this document to the probation officer pending termination of supervised release or to send it back to the Department of State.

WHEREFORE, the Clerk is directed to return Defendant's passport, with a copy of the Judgment and Conviction, to the Office of Passport Policy and Advisory Services,

United States Department of State, 1111-19th Street N.W., Room 260, Washington, D.C. 20524.

ENTERED:_____

                                        _____
                                        **MICHAEL M. MIHM**
                                        UNITED STATES DISTRICT JUDGE