IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.   06-10100 |
| ANTON HALL, | ) | |
| Defendant. | ) | |

FILED
JAN 2 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER

On January 31, 2007, Defendant was sentenced to 126 months imprisonment to be followed by five years supervised release. The Clerk's Office received Defendant's passport on November 9, 2006, and it remains in the Court's possession.

A passport remains the property of the United States and must be returned to the Government upon demand. 22 C.F.R. §51.9. The Court considers that the Department of State makes an informal demand for a return of a passport upon conviction. This leaves the Court's discretion to return this document to the probation officer pending termination of supervised release or to send it back to the Department of State.

WHEREFORE, the Clerk is directed to return Defendant's passport, with a copy of the Judgment and Conviction, to the Office of Passport Policy and Advisory Services,

United States Department of State, 1111-19th Street N.W., Room 260, Washington, D.C. 20524.

ENTERED: January 28th, 2008

s/ Michael M. Mihm

MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE