## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>　　Plaintiff, )<br> )<br>vs. )<br> )<br>**ANTON HALL,** )<br>　　Defendant. ) | No. 06 CR 10100 |

### MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES the Defendant, ANTON HALL, by and through his Attorney, HUGH F TONER III, LTD and in support of the instant motion, respectfully requests as follows:

1. That Prior to March 3, 2008, the Defendant, ANTON HALL, retained the services of HUGH F TONER III, LTD to respect his interest herein.

2. That it would be in the interest of Justice that JONATHAN HAWLEY, Attorney at Law, be allowed to withdraw from further representation of the Defendant, ANTON HALL, and that HUGH F TONER III, LTD be allowed to file his Entry of Appearance as Substitute counsel of behalf of the Defendant, ANTON HALL.

WHEREFORE, the Defendant, ANTON HALL, respectfully requests that the relief requested by granted.

Respectfully Submitted
ANTON HALL, Defendant

BY:　　s/ Hugh F Toner III, Ltd
HUGH F TONER III, LTD.
Attorney for Defendant
1216 SW Adams
Peoria, Illinois 61602
309-671-4844
tonerlawoffice@yahoo.com

CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy, U.S. Attorney's Office, 211 Fulton, Suite 400, Peoria, Illinois 61602.

    s/ Hugh F Toner III, Ltd
HUGH F TONER III, LTD.
Attorney for Defendant
1216 SW Adams
Peoria, Illinois 61602
309-671-4844
tonerlawoffice@yahoo.com