UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>ANTON HALL,<br>　　　Defendant. | Case No. 06-10100 |

### AMENDED MOTION TO RECONSIDER SENTENCE

　　　Now comes the Defendant, ANTON HALL, by his attorney, HUGH F TONER III, LTD., and moving this Honorable Court pursuant to 18 U.S.C. § 3582©(2) for and order reducing the defendant's term of imprisonment, and in support thereof states the following:

　　　1.　　That the Defendant pleaded guilty on March 20, 2007, to one count of possession with intent to distribute cocaine base (crack) in violation of 21 U.S.C. § 841 (a)(1).

　　　2.　　The offense carried a statutory mandatory minimum penalty of 10 years' imprisonment.

　　　3.　　That the Defendant was held accountable for at least 150 grams but less than 500 grams of crack at sentencing. This amounted to a Base Offense Level of 34.

　　　4.　　The Defendant's Total Offense Level was 33, accounting for a 2-level upward adjustment for possession of a dangerous weapon and a 3-level downward adjustment for acceptance of responsibility.

　　　5.　　The Court found the Defendant's Criminal History Category to be II, resulting in a guideline range of 151 to 188 months, at the time of his sentencing.

　　　6.　　The Court departed 13% from the bottom of the guideline range for the reasons in the Statement of Reasons, and imposed a sentence of 126 months.

　　　7.　　The Defendant's Base Offense Level is now 32, under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711.

　　　8.　　With a Base Offense Level of 32, applying the same adjustments as at his sentencing, his Total Offense level is 32, criminal history category remains II, and his new guideline range is 121 to 151 months. When the same 13% departure is applied from the bottom

of the new guideline range, the result is a 105 month sentence. Because of the statutory mandatory minimum term of imprisonment, the lower limit of a reduced sentence is 120 months imprisonment.

9. The Defendant's current release date as calculated by the Bureau of Prisons is November 2, 2016.

10. Counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

WHEREFORE, Defendant respectfully requests the Court to apply these factors previously suggested and reduce his sentence and for such other relief as this Court deems reasonable and just.

ANTON HALL, Defendant

s/ Hugh F Toner III
Attorney for Defendant
1216 SW Adams
Peoria, IL 61602
Phone: (309) 671-4844
Fax:: (309) 672-5819
E-mail: tonerlawoffice@yahoo.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Brad Murphy, 211 Fulton, Suite 400, Peoria, Illinois 61602

By: s/ HUGH F. TONER III
Attorney for Defendant
1216 SW Adams
Peoria, Illinois 61602
Phone: 309-671-4844
Fax:   309-672-5819
Email: tonerlawoffice@yahoo.com