IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-10100 |
| ) | |
| ANTON HALL, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO
AMENDED MOTION TO RECONSIDER SENTENCE**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Thomas A. Keith, Assistant United States Attorney for the Central District of Illinois, and in response to the Defendant Anton Hall's Amended Motion to Reconsider Sentence brought pursuant to 18 U.S.C. § 3582(c)(2), states as follows:

On March 28, 2008, Defendant Hall filed the instant motion asking this Court to resentence him pursuant § 3582(c)(2) as a result of the Sentencing Commission lowering the Guidelines under Amendment # 706, made retroactive by Amendment # 711. In his motion, the defendant correctly states that his revised Guidelines range is 121 to 151 months, and his statutory mandatory minimum sentence is 120 months.

The defendant's original Guidelines range was 151 to 188 months, and this Court sentenced the defendant originally to a 126 month term of imprisonment.

Based on the above, the government has no objection to this Court reducing the defendant's sentence to 120 months, the statutory mandatory minimum.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


 s/:  Thomas A. Keith
Thomas A. Keith
Assistant United States Attorney
One Technology Plaza - Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy to Hugh F. Toner III, Attorney for the Defendant.

                                         s/: Kim Ritthaler
                                         Legal Assistant