# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06-10100 |
| ANTON HALL, ) | |
| Defendant. ) | |

## **O R D E R**

The matter presently before the Court is an Amended Motion to Reduce Sentence [#83] as to ANTON HALL. The Motion is GRANTED, and IT IS HEREBY ORDERED that the sentence of imprisonment is hereby REDUCED to 120 months. This Order is subject to the prohibition contained within USSG §1B1.10(b)(2)(C).

Entered this 6th day of May, 2008.

s/ Michael M. Mihm
MICHAEL M. MIHM
U.S. DISTRICT JUDGE