AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

FILED
MAY - 6 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anton Hall | ) | Case No: 06-10100-002 |
| | ) | USM No: 13537-026 |
| Date of Previous Judgment: 08/13/2007 | ) | Hugh Toner |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

Amended **Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 8/13/2007 months **is reduced to** 120 .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33     Amended Offense Level: 32
Criminal History Category: II     Criminal History Category: II
Previous Guideline Range: 151 to 188 months     Amended Guideline Range: 121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
This Order is subject to the prohibition contained within USSG §1B1.10(b)(2)(C).

Except as provided above, all provisions of the judgment dated 08/13/2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 05/06/2008

Judge's signature

Effective Date: _____
(if different from order date)

Michael M. Mihm, U.S. District Judge
Printed name and title