E-FILED
Wednesday, 14 May, 2008  03:49:35 PM
Clerk, U.S. District Court, ILCD

AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
Central District of Illinois

FILED
MAY - 6 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 06-10100-002 |
| Anton Hall | ) USM No: 13537-026 |
| | ) Hugh Toner |
| Date of Previous Judgment:    08/13/2007 | ) Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | ) |

Amended    **Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  8/13/2007  months **is reduced to**  120  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level:    33 | Amended Offense Level:    32 |
| Criminal History Category:    II | Criminal History Category:    II |
| Previous Guideline Range:    151 to 188 months | Amended Guideline Range:    121 to 151 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

This Order is subject to the prohibition contained within USSG §1B1.10(b)(2)(C).

Except as provided above, all provisions of the judgment dated  08/13/2007  shall remain in effect.

**IT IS SO ORDERED.**

s/ Michael M. Mihm

Order Date:    05/06/2008

Judge's signature

Effective Date:  _____
(if different from order date)

Michael M. Mihm, U.S. District Judge
Printed name and title