June 12, 2008

To: United States Federal Court System

Honorable Judge:

I am writing to request that you please reconsider my sentence based on the following information that I have obtained, although some of the information was unable to be filled due to my lack of Counsel I do apologize and ask that you still consider my motion. Upon my calculation I qualify for a 2 level reduction which would place me at level 28 which is an 87-108 month sentence. It is my plea that I am allowed a reduction based on the following information:

1. I was sentenced to 126 months which is a level 31 (121-151 months). I believe I was placed at 126 months due to the fact that I received a 2 level enhancement for 2D1.1 (b) (1) which was the firearm charge which placed me at level 33. After accepting responsibility I was granted a 3 level reduction. I then was placed over to Criminal History Category II- which I believe my criminal history is overstated due to the fact that I received six (6) months court supervision on misdemeanor charges used to move me to a category II. The law states that upon receiving completion of the probation period the charges are to be dropped. At a level 32 Category II the guideline range is 135-168. I received the low end of the guideline at the time the court awarded me 13% grievance which placed me at 126 months. However by my calculations: the court has made an error. The 13% should have been taken from 135 months which would have placed me between 117 to 118 months. The guideline range for 117 to 118 months would place me at a level 30.

2. I believe that I received ineffective counsel from my lawyer. You will find this mentioned in my Motion and also various cases that have ineffective counsel: *Chronic v. United States and Strickland v. Washington*

3. I am a first time offender and a Model Prisoner that fully accepts and takes responsibility for my poor judgment and actions.

Thank you in advance for your consideration and time.

                                          Humbly Submitted,

                                          Anton Hall-13537-026
                                          Federal Prison Camp
                                          P.O Box 33
                                          Terre Haute, IN 47808

[FILED JUN 13 2008 — PAMELA E. ROBINSON, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS]